### 14366.   WALKER *v.* THE STATE.

LUKE, J. A conviction of the offense of putting poison into a well of water (Penal Code of 1910, § 775) was authorized by the evidence.
Error is assigned on the following excerpt from the charge of the court: " If you should find from the evidence, considered along and in con

nection with the defendant's statement, that the defendant, James Walker Jr., did, in the County of Calhoun, on or about the time alleged in the indictment, put poison in a well upon the place of Mr. Godwin," etc. This excerpt, when read in connection with the remainder of the charge of the court, is not subject to the criticism that it deprived the defendant of his defense, wherein he denied putting the poison into the well. This court cannot say that the defendant has not had a legal trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 15, 1923.

Indictment for poisoning well; from Calhoun superior court — Judge Custer. February 9, 1923.

*A. L. Miller,* for plaintiff in error.

*B. C. Gardner, solicitor-general, Billie B. Bush,* contra.